IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRYAN A. FERRELL                                                                          PLAINTIFF

V.                                          CASE NO. 08-CV-1054

SEEDWAY, LLC, and
SIEGERS SEED COMPANY                                                  DEFENDANTS/
                                                                                                  THIRD PARTY PLAINTIFFS

V.

DEL SOL SEED COMPANY                                              THIRD PARTY DEFENDANT

## ORDER

Before the Court is a Motion for Entry of Default filed by Defendants/Third Party Plaintiffs, Seedway, LLC, ("Seedway")and Siegers Seed Company ("Siegers").  (Doc. 13). Seedway and Siegers move for an entry of default against Third Party Defendant Del Sol Seed Company.  Upon consideration, the Court finds that the Motion for Entry of Default should be and hereby is **GRANTED**.  The Clerk is directed to enter the default against Third Party Defendant Del Sol Seed Company.

**IT IS SO ORDERED**, this 5th day of March, 2009.

                                                   /s/ Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge