IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRYAN A. FERRELL                                                            PLAINTIFF

vs.                                    CASE NO. 08-1054

SEEDWAY, LLC, and
SIEGERS SEED COMPANY              DEFENDANTS/THIRD PARTY PLAINTIFFS,

vs.

DEL SOL SEED COMPANY                                      THIRD PARTY DEFENDANT

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

On this **28** day of August, 2009, it is represented to the Court by counsel for plaintiff and defendant, that the Complaint of Brian A. Ferrell v. Seedway, LLC, and Siegers Seed Company, has been compromised and settled and the same should be dismissed with prejudice; however, it is specifically agreed and understood that the Third-Party Complaint filed by Seedway, LLC, and Siegers Seed Company v. Del Sol Seed Company, is in no way affected by this settlement and the Third-Party Complaint remains pending.

IT IS, THEREFORE, BY THE COURT ORDERED, ADJUDGED AND DECREED, that the Complaint of Brian A. Ferrell v. Seedway, LLC, and Siegers Seed Company, be and the same hereby is dismissed with prejudice; but the Third-Party Complaint filed by Seedway, LLC, and Siegers Seed Company is in no way affected by this dismissal of the original Complaint; and shall continue as a pending case on the Court's docket until ultimate resolution.

_____
District Judge

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 0 1 2009

CHRIS R. JOHNSON, Clerk
By
  Deputy Clerk

APPROVED:

By _____
    Attorneys for Plaintiff

WOMACK, LANDIS, PHELPS & McNEILL, P.A.

By _____
    Attorneys for Defendants