IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRYAN A. FERRELL                                                    PLAINTIFF

V.                                  CASE NO. 08-CV-1054

SEEDWAY, LLC, and
SIEGERS SEED COMPANY                                        DEFENDANTS/
                                                      THIRD PARTY PLAINTIFFS

V.

DEL SOL SEED COMPANY                           THIRD PARTY DEFENDANT

## DEFAULT JUDGMENT

On this 3rd day of February, 2010, in accordance with the Order of even date, the Court awards Default Judgment in the above styled and numbered case in favor of Third Party Plaintiffs, Seedway, LLC, and Siegers Seed Company and against Third Party Defendant Del Sol Seed Company. Seedway, LLC, and Siegers Seed Company are awarded damages in the amount of $10,000, plus costs and attorney fees.

IT IS SO ORDERED.


                                            /s/ Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge